PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2006 AUG 10 AM 11: 24

SIGNED
BY DEPUTY CLERK

DOCKET # (Trans. Court)
053L 2:00CR00399-001 L

DOCKET # (Rec. Court)
06-166-JJB

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2006 AUG 23 AM 11: 16
LORETTA G. WHYTE CLERK

**NAME & ADDRESS OF PROBATIONER /SUPERVISED RELEASEE:**

Rosalinda Salazar
3675 Bank Drive, Apartment B
St. Gabriel, LA 70766

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Eldon E. Fallon |

| Date of Probation /Supervised Release: | FROM | TO |
|---|---|---|
|  | April 27, 2004 | April 26, 2007 |

**Offense**

Passport Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the Middle District of Louisiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

DATE 7/19/06

UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Middle District of Louisiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

DATE Aug 10, 2006

UNITED STATES DISTRICT JUDGE
JAMES J. BRADY

MEF

**A TRUE COPY**

Deputy Clerk  8/10/06
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

Fee
Process
X Dktd
  CRmDep
  Doc. No.