UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

August 30, 2006

Mr. Nick J. Lorio
Interim Clerk, United States District Court
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, LA 70801

CR 06-166-JJB-SCR

Re: Criminal Case No. 00-399 L
United States of America
vs.
Rosalinda Salazar

Dear Mr. Lorio:

On August 30, 2006, the Honorable Eldon E. Fallon, United States District Judge for this district, entered an order transferring jurisdiction of probation as to defendant Rosalinda Salazar to the Middle District of Louisiana.

Pursuant to said order and acceptance of jurisdiction by the Middle District of Louisiana, we are forwarding herewith a certified copy of the Judgment and Commitment as to Rosalinda Salazar, and a copy of the docket sheet.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA G. WHYTE, CLERK

By: _____
Deputy Clerk

Enclosures